IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| AURORA COOPERATIVE ELEVATOR COMPANY,<br><br>           Plaintiff,<br><br>     vs.<br><br>AVENTINE RENEWABLE ENERGY HOLDINGS, INC., AVENTINE RENEWABLE ENERGY - AURORA WEST, LLC,<br><br>           Defendants. | **4:14CV3032**<br><br>**ORDER** |

IT IS ORDERED:

1)   The plaintiff is granted leave to serve new or substitute summons on defendants Aventine Renewable Holdings, Inc. and Aventine Renewable Energy–Aventine Aurora West, LLC.

2)   The deadline for serving these defendants is extended to July 1, 2014.

May 5, 2014.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge